UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH BIGBY-WILLIAMS,<br><br>Defendant | Criminal No.   25cr10392<br><br>Violations:<br><br>Count One: Felon in Possession of a Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Count Two: Felon in Possession of Firearms and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about August 7, 2025, in Boston, in the District of Massachusetts, the defendant,

KENNETH BIGBY-WILLIAMS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is:

    a.  a Ruger 5.7 pistol, bearing serial number 64212559; and

    b.  10 rounds of 5.7 x 28 ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO
Felon in Possession of Firearms and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about August 7, 2025, in Boston, in the District of Massachusetts, the defendant,

KENNETH BIGBY-WILLIAMS,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition, that is:

   a.  a Smith and Wesson M&P-15 rifle, bearing serial number TK77814;

   b.  a Glock GL43 9mm pistol, bearing serial number BNUN057;

   c.  a Glock GL22 .40 caliber pistol, bearing serial number AK5327;

   d.  a Sig Sauer P250 pistol, bearing serial number EAK015083;

   e.  10 rounds of 9mm ammunition;

   f.  52 rounds of 5.56 x 45 ammunition;

   g.  1 round of 5.7 x 28 ammunition; and

   h.  3 rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One and Count Two, the defendant,

KENNETH BIGBY-WILLIAMS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. a Ruger 5.7 pistol, bearing serial number 64212559;

   b. 10 rounds of 5.7 x 28 ammunition;

   c. a Smith and Wesson M&P-15 rifle, bearing serial number TK77814;

   d. a Glock GL43 9mm pistol, bearing serial number BNUN057;

   e. a Glock GL22 .40 caliber pistol, bearing serial number AK5327;

   f. a Sig Sauer P250 pistol, bearing serial number EAK015083;

   g. 10 rounds of 9mm ammunition;

   h. 52 rounds of 5.56 x 45 ammunition;

   i. 1 round of 5.7 x 28 ammunition; and

   j. 3 rounds of .45 caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

    All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: OCTOBER   1   , 2025
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 12:06pm
_____
DEPUTY CLERK