# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI | |
| City: Boston | **Related Case Information:** | | |
| County: Suffolk | Superseding Ind./ Inf. ___ Case No. ___ | | |
| | Same Defendant ___ New Defendant X | | |
| | Magistrate Judge Case Number ___ | | |
| | Search Warrant Case Number ___ | | |
| | R 20/R 40 from District of ___ | | |

**Defendant Information:**

Defendant Name: Kenneth Bigby-Williams    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: (City & State) Hyde Park, MA

Birth date (Yr only): 1996    SSN (last4#): 1751    Sex: M    Race: ___    Nationality: ___

**Defense Counsel if known:** ___    Address: ___

**Bar Number:** ___

**U.S. Attorney Information:**

AUSA: John T. Dawley, Jr.    Bar Number if applicable: 683662

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ___

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 08/07/2025

☐ Already in Federal Custody as of ___ in ___.
☑ Already in State Custody at Suffolk County (South Bay)    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/24/2025    Signature of AUSA: /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Kenneth Bigby-Williams

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition. | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms and Ammunition. | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____